# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2021

160998 & (27)(28)(29)(35)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

CLARENCE WILLIAM BORNS,
Defendant-Appellant.

SC: 160998
COA: 350898
Wayne CC: 13-002129-FC

_____/

By order of September 8, 2020, the prosecuting attorney was directed to answer the application for leave to appeal the January 24, 2020 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions to amend, to remand, to appoint counsel, and to supplement are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2021



a0421

Clerk